HALLOWELL v. COMMONS et al.

(Circuit Court of Appeals, Eighth Circuit. January 29, 1914.)

No. 3922.

Appeal from the District Court of the United States for the District of Nebraska; W. H. Munger, Judge.

Suit by Simeon Hallowell against John M. Commons, as Acting Indian Agent, etc., and another. From a decree dismissing the bill, complainant appeals. Affirmed.

Hiram Chase, of Pender, Neb., for appellant.

A. W. Lane, Asst. U. S. Atty., of Omaha, Neb. (F. S. Howell, U. S. Atty., of Omaha, Neb., on the brief), for appellees.

Before HOOK and SMITH, Circuit Judges, and AMIDON, District Judge.

SMITH, Circuit Judge. This case involves substantially the same questions presented in the case of Simeon Hallowell, Appellant, v. John M. Commons, Acting Indian Agent, etc., et al. (No. 3923) 210 Fed. 793, 127 C. C. A. 343. In that case the property in controversy was the allotment to Jacob Hallowell, while in this it is the allotment to his brother, Benjamin Hallowell, the father of Simeon Hallowell and of Sarah Hallowell Walker. In this case Sarah Hallowell Walker claims as the direct heir of her father, while in the other case she claimed as a collateral heir of her uncle. It is claimed that she could not inherit at all from her uncle, but that her right to inherit from her father is dependent upon how far her father had recognized her as his child, and whether he had recognized her as provided by the laws of Nebraska with reference to inheritances.

The view entertained by this court as shown by its opinion in No. 3923 is adverse to appellant on this question, and covers all matters necessary to pass on here; and, under the rule laid down in the opinion in that case the decree of the District Court is affirmed.